

**FILED**

OCT 08 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. _____
(Leave this space blank)

Gregory Simmons- bey,
Alton G. Simmons
(Enter full name of each plaintiff(s))

v.      Inmate Number 618421010 1

Wake County Sheriff department
Keefe Commissary Network
Capt. Rhoands (Rhonds)
(Enter full name of each defendant(s))

********************************************************************

I. HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? Yes ( ) No (✓)

If your answer is Yes, describe the former lawsuit in the space provided below:

_____
_____
_____

II. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE? Yes (✓) No ( )

If your answer is Yes, what steps did you take? Wrote a grievance to Sheriff Gerald Baker

What was the result? (Attach copies of grievances or other supporting documentation.)
Waiting on Administrative To Correspond back

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement. (Choose the box that applies to your action.)

____ There are no grievance procedures at the correctional facility at which I am being confined.

____ This cause of action arose at fraudulently depositiney, and I am now being housed at Wake County (PSC) Center. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

✓ I have exhausted my administrative remedies relating to this complaint and have attached copies of my grievances demonstrating completions.

III. **PARTIES** — In Item A below, place your name in the first blank and your present address in the second blank. Do the same for all additional plaintiffs. *NOTE: ALL plaintiffs listed in the caption on the first page should be listed in this section.*

A. Name of plaintiff Hregwry Simmons-Bey

Name and address of present confinement facility Wake County Sheriff Office 330 S. Salisbury Street Raleigh, N.C. 27602

Name of plaintiff Alton H. Simmons

Name and address of present confinement facility P.O. box 2419 Raleigh, N.C. 27602

In Item B below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C through F for any additional defendants. *NOTE: ALL defendants listed in the caption on the first page should be listed in this section.*

B. Defendant __Captian Rhonds__
   Position __Capt. of The Sheriff department__
   Employed at __Wake County Detention Center__
   Address __330 S. Salisbury Street Raleigh, N.C. 27602__
   Capacity in which defendant is being sued: Individual ( ) Official ( ) Both (✓)

C. Defendant __Owner Taylor Family__
   Position __Owner__
   Employed at __Keefe Commissary Network (Atlanta) (404-494-3825)__
   Address __P.O. Box 17490, St Louis, Mo 63178-7490__
   Capacity in which defendant is being sued: Individual ( ) Official ( ) Both (✓)

D. Defendant __Director Allison__
   Position __Director of The Sheriff department__
   Employed at __Wake County Sheriff department__
   Address __330 S. Salisbury Street Raleigh, N.C. 27602__
   Capacity in which defendant is being sued: Individual ( ) Official ( ) Both (✓)

E. Defendant _____
   Position _____
   Employed at _____
   Address _____
   Capacity in which defendant is being sued: Individual ( ) Official ( ) Both ( )

F. Defendant _____
   Position _____
   Employed at _____

Address _____

Capacity in which defendant is being sued: Individual ( ) Official ( ) Both ( )

IV. STATEMENT OF CLAIM — State here as briefly as possible the *FACTS* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. *DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES.* If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as needed. Attach extra sheets if necessary.

Wake County Sheriff office financial department, Forgery and Uttering a Check That Was issued in Gregory Simmons-bey on 7-30-19, and Clears on 8-13-19 its Than was deposit in Alton H. Simmons Trust account under Keefe Commissary Network Which Capt. Rhoads Supervisor The financial department at The Jail. Someone employee in financial office give Sergeant Hall a Paper With My Name on it Saying That it Will be Clear Under The Colorable [Ward-Ship] Name Alton H. Simmons and on 9-13-19, The "Money" was still available to Me Until 9-30-19. Plus The Sheriff office financial department didn't follow U.S. District Court order To Paid My file Fee for 1983 Civil right Suit, and I use a "Indemnity Bond" for Payment. The amount was 17,313.37 and Now it Was at 16,871.25 That disappear from my Trust account

V. RELIEF SOUGHT BY PRISONER — State briefly exactly what you want the Court to do for you. *MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.*

The Court Should Charge Them with "fraud, defamation of Character, Cruel and Unusual Punishment, Cruel dn-

human degranding Treatment, UnProfessional Conduct, imposes appropriate discipline, and for allegation That The Money was remove without Notice of Need about 3,000,000.00 dollar for Pain. Plus Copyright infringement on a Sovereign Citizen.

Signed this 30 day of September, 2019.

Gregory Simmons-bey U.C.C 1-308
Signature of Plaintiff

Alton H. Simmons U.C.C. 1-308
Signature of Other Plaintiff (if necessary)

I declare under penalty of perjury that the foregoing is true and correct.

9/30/19
Date

Gregory Simmons-bey U.C.C 1-308
Signature of Plaintiff

9-30-19
Date

Alton H. Simmons U.C.C. 1-308
Signature of Other Plaintiff (if necessary)