Gregory Simmons-bey
P.O. box 2919
Raleigh, N.C. 27602

Clerk's Offical
United States District Court,
Eastern Division District
P.O. box 25670
Raleigh, N.C. 27611



RECEIVED
OCT 08 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

MAILED FROM
WAKE CO JAIL

27611$5670 B013